# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Martin Carpenter,<br>Plaintiff,<br>vs.<br>City of Chicago, et al.,<br>Defendants. | Case Number:<br>FILED: JUNE 24, 2008<br>08CV3601<br>JUDGE DOW JR<br>MAGISTRATE JUDGE NOLAN<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Martin Carpenter

| |
|---|
| NAME (Type or print)<br>Katie Z. Ehrmin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Katie Z. Ehrmin |
| FIRM<br>Law office of Jeffrey B. Granich |
| STREET ADDRESS<br>53 West Jackson Boulevard |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6292120     TELEPHONE NUMBER: 312-939-9009 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |