IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN CARPENTER, | ) | 08 C 3601 |
| | ) | |
| Plaintiff, | ) | Judge  Dow |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Nolan |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, respectfully moves this court for an extension of time to answer or otherwise plead in response to Plaintiff's complaint until August 20, 2008, and in support states:

1.  Plaintiff filed his six-count complaint on June 24, 2008.   The complaint alleges federal claims under 42 U.S.C. § 1983 and Illinois state law claims against the City and two named Chicago police officers.

2.  Plaintiff's complaint and summons were served on the City on or about June 26, 2008. Counsel for the City received the complaint on July 15, 2008.

3.  Because of this delay in receiving the complaint, the City has not yet begun the process of investigating all of the allegations in the Plaintiff's complaint and gathering and examining the pertinent records.

4.  Therefore, counsel for the City requests until August 20, 2008, to answer or otherwise plead in response to the complaint.

5.  As far as can be determined, this motion will not unduly burden the Court's management schedule.  This request is made not to delay the proceedings, but rather to allow the City to respond properly to the allegations in Plaintiff's complaint.

6.  Plaintiff's counsel has stated that he does not object to this motion.

WHEREFORE, the City respectfully requests this court to enter an order granting an extension to August 20, 2008, to answer or otherwise plead in response to Plaintiff's complaint.

                    Respectfully submitted,

                    MARA S. GEORGES
                    Corporation Counsel of the City of Chicago

By:    **/s/ *Megan K. McGrath***
       Megan K. McGrath
       Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-8369
Attorney No. 06288408