# JEFFREY B. GRANICH
### ATTORNEY AT LAW

THE MONADNOCK BUILDING  53 WEST JACKSON BOULEVARD  SUITE 840  CHICAGO, IL 60604
TEL 312-939-9009   CELL 312-882-9997   JEFFREYGRANICH@MAC.COM

# 08C 3601

August 7, 2008

**FILED**
**AUG 11 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

219 South Dearborn
US District Court, 20th Floor
Chicago, IL 60604

Re:   Carpenter Summons

To Whom It May Concern:

I am following up to your request for the three copies of the Summons in the Carpenter vs. City of Chicago et al. case 08-CV-3601. These copies we are submitting with this letter are as clear and as dark as we could make them. We appreciate your understanding in this matter.

Sincerely,

Jeffrey B. Granich

JEFFREY B. GRANICH
ATTORNEY AT LAW
THE MONADNOCK BUILDING
53 WEST JACKSON BOULEVARD
SUITE 840
CHICAGO, IL 60604

CHICAGO IL 606
07 AUG 2008 PM 6 L

08C 3601

RECEIVED
AUG 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

219 South Dearborn
US District Court, 20th Floor
Chicago, IL 60604

For Success
Use Apt / Suite
In Your Address

USA 42