IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN CARPENTER, | ) | 08 C 3601 |
| | ) | |
| Plaintiff, | ) | Judge Dow |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Nolan |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, respectfully moves this court for an extension of time to answer or otherwise plead in response to Plaintiff's complaint until September 1, 2008, and in support states:

1. Plaintiff filed his six-count complaint on June 24, 2008. The complaint alleges federal claims under 42 U.S.C. § 1983 and Illinois state law claims against the City and two named Chicago police officers.

2. Plaintiff's complaint and summons were served on the City on or about June 26, 2008. Counsel for the City received the complaint on July 15, 2008.

3. On July 17, 2008, this Court granted the City's motion for an extension of time to answer to July 28, 2008. Unfortunately, the City has not yet received all of the pertinent records to enable it to adequately answer Plaintiff's complaint.

4. Therefore, counsel for the City requests until September 1, 2008, to answer or otherwise plead in response to the complaint.

5. As far as can be determined, this motion will not unduly burden the Court's management schedule. This request is made not to delay the proceedings, but rather to allow the City to respond properly to the allegations in Plaintiff's complaint.

6. Plaintiff's counsel has stated that he does not object to this motion.

WHEREFORE, the City respectfully requests this court to enter an order granting an extension to September 1, 2008, to answer or otherwise plead in response to Plaintiff's complaint.

                    Respectfully submitted,

                    MARA S. GEORGES
                    Corporation Counsel of the City of Chicago

By:   **/s/ *Megan K. McGrath***
       Megan K. McGrath
       Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-8369
Attorney No. 06288408