IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN CARPENTER, | ) | 08 C 3601 |
| | ) | |
| Plaintiff, | ) | Judge Dow |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Nolan |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

**TO**:  Jeffrey B. Granich
The Law Offices of Jeffrey B. Granich
53 West Jackson Blvd., Suite 840
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on August 19, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, this **AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that on **August 27, 2007 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Dow, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the person named above this 19th day of August, 2008.

By: **/s/ *Megan K. McGrath***
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-8369
Attorney No. 06288408