**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Martin Carpenter
                              Plaintiff,
v.                                          Case No.: 1:08−cv−03601
                                            Honorable Robert M. Dow Jr.
City of Chicago, Illinois, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 9/2/2008. Defendant City of Chicago's oral motion for extension of time within which to respond to the complaint is granted to and including 9/5/08. Parties to exchange Rule 26(a)(l) disclosures by 9/30/08. Fact discovery to be completed by 3/31/09. Status hearing set for 1/7/2009 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.