IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN CARPENTER, | ) | 08 C 3601 |
| | ) | |
| Plaintiff, | ) | Judge  Dow |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Nolan |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

**TO**:   Jeffrey B. Granich, Katie Z. Ehrmin          Margaret Carey
The Law Offices of  Jeffrey B. Granich          Senior Counsel
53 West Jackson Blvd., Suite 840                30 North LaSalle Street, Suite 1400
Chicago, Illinois 60604                               Chicago, IL 60602

**PLEASE TAKE NOTICE** that on August 15, 2008, Defendants City of Chicago, J.J. Walsh and E.T. Dougherty filed their **ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered via the Court's Electronic Filing System, to the persons/entities named above at the address shown on this 5th day of September, 2008.

By: **/s/ *Megan K. McGrath***
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-8369
Attorney No. 06288408